September 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SEECO, INC. AND SOUTHWESTERN ENERGY COMPANY, Appellants

NO. 14-12-00357-CV                             V.

K.T. ROCK, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, K.T. Rock, LLC, signed February 28, 2012, was heard on the transcript of the record. We have inspected the record and find that the trial court erred by entering judgment in favor of K.T. Rock LLC. Accordingly, we order the judgment of the court below **REVERSED** and **RENDER** judgment that K.T. Rock LLC take nothing on its claims against appellants SEECO, Inc. and Southwestern Energy Company.

We further find that the trial court erred by denying SEECO's Inc's Motion for Recovery of Attorney's Fees. We therefore order that portion of the judgment **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

We order that all costs incurred by reason of this appeal be paid by appellee, K.T. Rock, LLC.

We order this decision certified below for observance.